## Maurice McCAIN, Petitioner–Appellant,

v.

## Chief Warden GARRITY, Greensville Federal Corrections Facility, Respondent–Appellee.

### No. 02–7242.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 20, 2002.

Joan Augusta Harvill, Arlington, Virginia, for Appellant.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Maurice McCain, a District of Columbia prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability.* 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2241 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.) (quoting *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have reviewed the record and conclude for the reasons stated by the district court that McCain has not made the requisite showing. *See McCain v. Garrity,* No. CA-02-435 (E.D.Va. July 16, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal.

---

\* Because McCain was convicted in a District of Columbia court, he is required to obtain a certificate of appealability in order to proceed with this § 2241 petition. *See Madley v. Unit-*

In addition, we grant McCain's counsel's motion to withdraw. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

*ed States Parole Com'n,* 278 F.3d 1306 (D.C.Cir.), *cert. denied,* —— U.S. ——, 123 S.Ct. 515, 154 L.Ed.2d 401 (2002).